**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

ROBERTO CARLOS RUIZ,

Petitioner,

v.

KEN CLARK, Warden

Respondent.

Civil No. 08cv1376 J (JMA)

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

Petitioner, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, but has failed to pay the $5.00 filing fee and has failed to move to proceed in forma pauperis. Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. See Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this case, he must submit, **no later than October 10, 2008,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. **The Clerk of Court is directed to send a blank Southern District of California In Forma Pauperis Application, along with a copy of this Order to Petitioner**.

**IT IS SO ORDERED.**

DATED: August 18, 2008

HON. NAPOLEON A. JONES, JR.
United States District Judge

K:\COMMON\EVERYONE_EFILE-PROSE\J\08cv1376 dismiss, 8188